IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

BURNADETTE SMITH,
SSN: XXX-XX-9727,

                Plaintiff,

      vs.                                    Case No. 04-4165-JAR

JO ANNE B. BARNHART,
Commissioner of Social Security,

                Defendant.

AGREED ORDER OF REVERSAL AND REMAND
PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(G)

This matter comes before the Court upon the motion of defendant to reverse and remand this action to the defendant pursuant to sentence four of 42 U.S.C. § 405(g), Doc. #15, and for Entry of Final Judgment. Defendant appears by and through Eric F. Melgren, United States Attorney for the District of Kansas, and Tanya Sue Wilson, Assistant United States Attorney for the District. Plaintiff appears by and through her counsel Scott L. Johnson. There are no other appearances. It is hereby

ORDERED AND ADJUDGED that:

1.      The above-referenced motion Doc. #15 is granted.

2.      This action is reversed and remanded to Jo Anne B. Barnhart, Commissioner of Social Security, pursuant to sentence four of 42 U.S.C. § 405(g) to conduct further proceedings as follows:

> Upon remand, the ALJ will be directed to conduct a supplemental hearing and afford Plaintiff the opportunity to introduce additional evidence.

3.	Entry of the final judgment reversing and remanding this case will begin the appeal period which determines the thirty (30) day period during which a timely application for attorney fees may be filed under the Equal Access to Justice Act, 28 U.S.C. § 2412.

Dated this  7th  day of   July, 2005.

 S/ Julie A. Robinson
JULIE A. ROBINSON
United States District Judge

Submitted by:

ERIC F. MELGREN
United States Attorney


 s/ Tanya Sue Wilson
TANYA SUE WILSON
Assistant United States Attorney
Ks. S.Ct. No. 11116
Federal Building, Suite 290
444 SE Quincy
Topeka, KS  66683-3592
Telephone:  (785) 295-2850
Facsimile:  (785) 295-2853
Counsel for the Defendant

 s/ Scott L. Johnson
SCOTT L. JOHNSON
Ks. S. Ct. No. 20752
TILTON & TILTON
1324 S. Topeka Boulevard
Topeka, KS  66612
Telephone:  (785) 233-9665
Facsimile:  (785) 233-9670
Attorney for the Plaintiff

# UNITED STATES DISTRICT COURT
# DISTRICT OF KANSAS
# JUDGMENT IN A CIVIL CASE

**BURNADETTE SMITH,**

                    **Plaintiff,**

        v.                                     **CIVIL NO.  04-4165-JAR**

**JO ANNE B. BARNHART,**
**Commissioner of Social Security,**

                    **Defendant.**

( )    **JURY VERDICT.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

( X )    **DECISION BY THE COURT.**  This action came before the Court.  The issues have been considered and a decision has been rendered.

        **IT IS ORDERED AND ADJUDGED** that the case is reversed and remanded back to the Commissioner of Social Security pursuant to sentence four of 42 U.S.C. § 405(g) for further consideration of additional evidence in accordance with the Agreed Order Of Reversal And Remand Pursuant To Sentence Four Of 42 U.S.C. § 405(g) filed and entered on the docket on the _____ day of July, 2005, as Docket No. _____.

        This judgment is a final judgment pursuant to Fed. R.Civ.P. 58.

Dated: July ____ 2005.

                                                        **RALPH L. DeLOACH, CLERK**

_____
**Deputy Clerk**